UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRIAN ELLENBERGER                                                                                    PLAINTIFF

v.                                              No. 2:23-cv-2030

JAIL ADMINISTRATOR SHANE DAVIS,
Scott County Detention Center; SGT.
MERCEDES ANDERSON; JAILER NICHOLUS
HAYNES                                                                                              DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 6) from Chief United States Magistrate Judge Mark E. Ford. Plaintiff has not objected, and the time for objections has passed. Following preservice screening under 28 U.S.C. § 1915A, the Chief Magistrate Judge recommends that Plaintiff's claims against defendants Davis and Anderson be dismissed. The Court has conducted a de novo review of the report and recommendation, which contains no clear error. The report and recommendation is therefore ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants Davis and Anderson are DISMISSED WITHOUT PREJUDICE. Plaintiff's claims against Defendant Haynes remain pending.

IT IS SO ORDERED this 14th day of April, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE