UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRIAN ELLENBERGER                                                                                    PLAINTIFF

v.                                              No. 2:23-CV-2030

JAILER NICHOLUS HAYDEN                                                                      DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 43) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate Judge recommends granting the motion for summary judgment (Doc. 35) filed by Defendant Nicholus Hayden and dismissing Plaintiff's claims against Mr. Hayden with prejudice. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the motion for summary judgment (Doc. 35) filed by Defendant Hayden is GRANTED, and Plaintiff's claims against Mr. Hayden are DISMISSED WITH PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 10th day of July, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

1